**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Cedric Cassare Patton, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2013-001029

---

Appeal From Greenville County
The Honorable G. Edward Welmaker, Circuit Court
Judge

---

Memorandum Opinion No. 2014-MO-032
Submitted July 10, 2014 – Filed July 30, 2014

---

**APPEAL DISMISSED**

---

Wanda H. Carter, Esquire, of Columbia, for Petitioner.

Karen Christine Ratigan, Esquire, of Columbia, Respondent.

---

**PER CURIAM:** Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).

Because there is sufficient evidence to support the PCR judge's finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari on petitioner's Question I and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

Counsel for petitioner has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967) and a petition to be relieved as counsel. Petitioner has not filed a pro se response. After a thorough review of the record pursuant to *Anders* we dismiss the appeal and grant the petition to be relieved as counsel.

**DISMISSED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**